# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2853

_____

GRETCHEN BUSELLI,

  Petitioner,

v.

BRADLEY BUSELLI,

  Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

July 10, 2026

PER CURIAM.

  DISMISSED.

ROBERTS, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gretchen Buselli. pro se, Petitioner.

No appearance for Respondent.

Jaime A. Coleman of Coleman Law, P.A., Tallahassee, for Leon County Clerk.